Catherine Curtis v. Walter Curtis. (Lillian Caro, Appellant.) — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply

with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.